IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

v.                         **NO. 4:11CR00210-01**

**DEMETRIUS COLBERT, aka D COOP**                       **DEFENDANT**

## ORDER

Among the issues addressed at the pretrial hearing held today were these pending motions: Defendant's Motion for Severance [Docket No. 283], Defendant's Motion to Suppress All Evidence Obtained from 401 Hillcrest Street, Marianna, Arkansas [Docket No. 284], Defendant's Motion to Suppress All Evidence from Title III Wiretaps [Docket No. 285], and the Government's Motion in Limine to Exclude Testimony Regarding Law Enforcement Entry at 138 South Carolina on October 11, 2011 [Docket No. 291]. For the reasons stated in open court, Defendant's motion for severance and motions to suppress are DENIED, and the Government's motion in limine is GRANTED.

IT IS SO ORDERED this 27th day of May, 2014.

_____
James M. Moody, Jr.
United States District Judge